AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| Versata Software, Inc., et al. | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 1:13-cv-00371-SS |
| Zoho Corporation D/B/A ManageEngine | ) ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Zoho Corporation d/b/a ManageEngine
c/o Rodrigov Vaca, Registered Agent
9390 Research Blvd., Building II
Austin, TX 78759

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Travis C. Barton
McGinnis Lochridge
600 Congress Avenue, Suite 2100
Austin, Texas 78701
tcbarton@mcginnislaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **AUG 19 2013**

*K. Wallace*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:13-cv-00371-SS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Zoho Corporation d/b/a ManageEngine**
was received by me on *(date)* **8/13/2013** .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Rodrigo Vaca as Registered Agent** , who is designated by law to accept service of process on behalf of *(name of organization)* **Zoho Corporation d/b/a ManageEngine** on *(date)* **8/15/2013** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **8/15/2013**

*Server's signature*

**Chris Dathe, Certified Private Process Server, SCH 6008**
*Printed name and title*

**815-A Brazos, #276**
**Austin, Texas 78701**

*Server's address*

Additional information regarding attempted service, etc: